UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARSHA BETH BREWER,

    Plaintiff,

v.                                                         Case No. 04-C-0694

WISCONSIN BOARD OF BAR EXAMINERS, *et al.*,

    Defendants.

**ORDER**

Defendants Board of Bar Examiners have filed a motion to substitute party defendant names in the caption of the above matter based upon the change in membership of the Board of Bar Examiners since this matter was instituted. Plaintiff is hereby directed to advise the court of any objection she has to the defendant's motion within the next ten days. If the court is not advised of any objection by plaintiff by October 23, 2006, the motion will be granted.

**SO ORDERED** this   12th   day of October, 2006.

                                                                  s/ William C. Griesbach
                                                                  William C. Griesbach
                                                                  United States District Judge